**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1631

RENE SAWANIE MERSWIN,

Plaintiff - Appellant,

v.

LLOYD J. AUSTIN III, Secretary of Defense; CARLOS DEL TORO, Secretary of
the Navy; CINDY WHITMAN LACY, Director of Business and Support Services
Division; JANET DHILLON, Chair of the U.S. Equal Employment Opportunity
Commission; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Liam O'Grady, Senior District Judge.  (1:20-cv-00548-LO-JFA)

Submitted:  March 22, 2024                                    Decided:  May 17, 2024

Before NIEMEYER, AGEE, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rene Sawanie Merswin, Appellant Pro Se.  Hugham Chan, OFFICE OF THE UNITED
STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rene Sawanie Merswin appeals the district court's order granting Defendants' motion to dismiss and dismissing his complaint raising claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-2680, and the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb to 200bb-4. Merswin also appeals the court's denial of his motions for leave to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Merswin v. Esper*, No. 1:20-cv-00548-LO-JFA (E.D. Va. filed Oct. 28 & entered Oct. 29, 2021; Apr. 6, 2022; filed Apr. 19 & entered Apr. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*